**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 123 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 566 EDA 2016 |
| | : | entered on March 3, 2021, |
| JALIL COOPER, | : | **reversing and remanding** the |
| | : | Order of the Philadelphia County |
| Petitioner | : | Court of Common Pleas at No. CP- |
| | : | 51-CR-0014102-2011 entered on |
| | : | January 15, 2016 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2021, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of Commonwealth v. Johnson, 242 A.3d 304 (Pa. 2021).